# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PHILLIP OZDEMIR**

**V.**              **CASE NUMBER: 3:02-CV-1600(NAM/DEP)**

**SOMERSET MEDICAL CENTER; et al.**

[]          **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues  have been tried and the jury has rendered its verdict.

[XX]        **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing this action pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue dated July 3, 2007.

DATED:    July 5, 2007

_Lawrence K. Baerman_
Clerk of Court

LKB:lmp